UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-2421-AHM<br>CR99-382-AHM | Date | May 4, 2005 |
|---|---|---|---|

| Title | UNITED STATES OF AMERICA v. JOHN TURSCAK |
|---|---|

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Present: The Honorable  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Petitioner:         Attorneys **NOT** Present for Respondent:

**Proceedings:**        (IN CHAMBERS)

Movant John Turscak filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody ("Motion") pursuant to 28 U.S.C. § 2255 on March 31, 2005. The Government shall file any opposition to the Motion no later than **June 13, 2005**. Movant shall file any reply to the Government's opposition by not later than thirty-five (35) days after service of that opposition. Thereafter, the matter will be taken under submission.



DOCKETED ON CM
MAY - 4 2005
BY _____ 077

Initials of Preparer