DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DIANA L. PAULI
Assistant United States Attorney
California Bar Number 150289
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3899
     Facsimile: (213) 894-0142
     Email: Diana.Pauli@USDOJ.gov

Attorney for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

JOHN TURSCAK,

            Defendant.

) No. CV 05-2421-AHM
)     CR 99-382-AHM
)
) [PROPOSED] ORDER
)
)
)
)
)
)
)

     The Court, having considered the Government's ex parte application, the Court ORDERS that the government's response to defendant's motion pursuant to 28 U.S.C. § 2255 must be filed a served by March 30, 2006.  Defendant's optional reply must be filed and served on the government by April 28, 2006.

Dated: January __, 2006

_____
HONORABLE A. HOWARD MATZ
United States District Judge

DOCKETED ON CM

JAN 20 2006

BY ___

CERTIFICATE OF SERVICE BY MAIL

I, STELLA GONZALES, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on January 18, 2006, I deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:    [PROPOSED] ORDER

to:              JOHN TURSCAK
                 Reg. No. 14098-074
                 Atlanta U.S. Penitentiary
                 P.O. Box 150160
                 Atlanta, GA 30315

at His Last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 18, 2006, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

STELLA GONZALES