DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DIANA L. PAULI
California State Bar No. 150289
Assistant United States Attorneys
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3899
    Facsimile:  (213) 894-0142

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority      ✓
Send          —
Enter         —
Closed        —
JS-5/JS-6     —
JS-2/JS-3     —
Scan Only     —

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )  No. CV 05-2421-AHM
                                )  (No. CR 99-382-AHM
            Plaintiff,          )
                                )  [PROPOSED] ORDER DECLARING
        v.                      )  PARTIAL WAIVER OF ATTORNEY-CLIENT
                                )  PRIVILEGE AND COMPELLING
JOHN TURSCAK,                   )  DISCLOSURE OF CERTAIN ATTORNEY-
                                )  CLIENT COMMUNICATIONS
            Defendant.          )
_____)

The Court, having considered the government's Ex Parte Application For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown, IT IS HEREBY ORDERED THAT:

(1) Defendant John Turscak has waived his attorney-client privilege with respect to all communications between himself and his attorney, Steven Cron, concerning the events and facts related to defendant's claims of ineffective assistance of counsel in United States v. John Turscak, No. CV 05-2421-AHM; and

2

DOCKETED ON CM

JAN 20 2006

BY                022

(2)    Attorney Steven Cron is ordered to disclose to the government and the Court all communications between himself and defendant concerning the events and facts related to defendant's claims of ineffective assistance of counsel in <u>United States v. John Turscak</u>, No. CV 05-2421-AHM

DATED: January 9, 2006

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
DIANA L. PAULI
Assistant United States Attorney
Narcotics Section

3

## CERTIFICATE OF SERVICE BY MAIL

I, <u>STELLA GONZALES</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on <u>January 18, 2006</u>, I deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a

copy of:    [PROPOSED] ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS

to:    **JOHN TURSCAK**          **STEVEN CRON**
       **Reg. No. 14098-074**     **1541 Ocean Avenue, #200**
       **Atlanta U.S. Penitentiary**  **Santa Monica, CA 90401-1204**
       **P.O. Box 150160**
       **Atlanta, GA 30315**

at <u>Their</u> Last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on <u>January 18, 2006</u>, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

STELLA GONZALES