John Turscak, #0-923103

North Carolina Dept. of Corrections

Marion Correctional Institution

P.O. Box 2405

Marion, North Carolina 28752-2405

FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

MAY 19 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DENIED
BY ORDER OF _____
UNITED STATES DISTRICT JUDGE
ON 5/20/06

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN TURSCAK,

Defendant.

No. CV 05-2421-AHM

CR 99-382-AHM

[PROPOSED] ORDER

Priority
Send          ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

The Court, having considered Defendant's Motion, the Court hereby "GRANTS" Defendant permission to assist AUSA Diana L. Pauli in gathering together all relivant Communications between Defendant and Counsel Steven Cron, necessary to prove the Claims raised in his §2255 Motion. The United States Marshal Service is directed to have Defendant transported "FORTHWITH" to the MDC Los Angeles and placed in "protective Custody". Defendant is authorized to travel On his person, all of his personal legal property. Additionally, the Court hereby "ORDERS" an Expansion Of Record, in order that Defendant may obtain the Discovery items referred to at page 6:4(a)-(d), in time to Complete his Optional reply by July 14, 2006. It is so "ORDERED".

Dated:

DENIED

HONORABLE A. HOWARD MATZ

United States District Judge

DOCKETED ON CM

MAY 31 2006

14

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing [PROPOSED] ORDER upon the United States District Court for the Central District of California, by causing a true handwritten original thereof to be deposited in the United States Mail via North Carolina D.O.C. prison officials, postage attached, and addressed to the Court as follows:

Attn: The Honorable A. Howard Matz - U.S. District Judge
U.S. District Courthouse, 312 N. Spring Street.,
Los Angeles, California 90012.

Copy of this document to be provided by the Clerk of Court to Assistant United States Attorney Ms. Diana L. Pauli addressed as follows:

Attn: AUSA Diana L. Pauli
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012.

This 26th day of April 2006.

John Turscak, Defendant.