UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:05-cv-02421-SVW<br>2:99-cr-382 SVW | Date | December 18, 2024 |
|---|---|---|---|
| Title | United States of America v. John Turscak | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS re MOTION TO ENFORCE PRIOR UNDER SEAL ORDER [23] & [126]

The Court, having received Defendant/Petitioner's Motion to Enforce Prior Under Seal Order, ORDERS that Dkt. Entries 18 and 22, in the civil action are SEALED.

|  | : |
|---|---|
| Initials of Preparer | PMC |